IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRADLEY DEAN OWREN**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#137407**

v.　　　　　　　　　　Case No. 4:21-cv-00927-KGB

**PHILLIP MILLER** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered ordered and adjudged that plaintiff Bradley Owren's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 1st day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　*Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge